

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-14-00015-CV

**INTEREST OF BLJP**,

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 12-05-28687-CV
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

The Appellee's First Motion for Extension of Time to File Brief is GRANTED IN PART. Appellee's brief must be filed no later than July 11, 2014.  NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court